# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

IN RE:

| | |
|---|---|
| BRADFORD EARL HERRICK, JR. A/K/A | Case No. 11-20889 - JNF |
| BRADFORD E. HERRICK, JR., A/K/A | Chapter 7 |
| BRADFORD HERRICK, | |
| Debtor | |

# ORDER

Upon the motion of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (the "Lender"), for relief from the automatic stay to exercise its rights under its loan documents, including the power of sale contained in its mortgage on real estate and improvements currently owned by Saraland Investments, and located at 70 Ash Street, West Bridgewater, MA, having come before the Court, and after due consideration by this Court, it is hereby

**ORDERED:**

1.  That the Motion of the Lender and the relief sought therein under 11 U.S.C. § 362(d) is granted pursuant to Federal and State law, with respect to the real estate and improvements identified as that certain parcel of land with all buildings and improvements thereon (the "Premises"), located at 70 Ash Street, West Bridgewater, MA, and described in that certain mortgage recorded in the Plymouth County Registry of Deeds, in Book 34717 at Page 203; and

2.  That the Lender and/or its successors and/or assigns is specifically authorized to exercise its rights under its loan documents, pursuant to Federal and State law, including the power of sale contained in its mortgage and to exercise its summary process rights

with respect to the Premises should the Lender, and/or its successors and/or assigns become the successful bidder at foreclosure.

ORDERED:

_____
Joan N. Feeney
United States Bankruptcy Court Judge

Dated:_____

Presented By:

PARTRIDGE SNOW & HAHN LLP

/s/ Ann Marie Maccarone
_____
Ann Marie Maccarone (BBO#567461)
2364 Post Road, Suite 100
Warwick, RI 02886
(401)681-1900/FAX(401)681-1910
am@psh.com

1513710_1/1284-2279